## HORNADAY and Others v. COOPER.

When time is given for the filing of a bill of exceptions, the record should affirmatively show that the bill was filed within the time limited, or it will not be considered as forming any part of the record before this Court.

APPEAL from the *Scott* Circuit Court.

*Per Curiam.*—The record in this case comes up in a state of considerable confusion, and we discover no question presented by it that can be legitimately made to appear without a bill of exceptions. Ninety days were given to file a bill of exceptions, and one was filed, but when does not appear. The time when the bill was filed should be shown, in order that it may affirmatively appear to have been done within the time limited. *Peck* v. *Vankirk*, 15 Ind. 159.

The judgment below is affirmed, with costs, and one per cent. damages.

*C. L. Dunham* and *Wm. K. Marshall*, for the appellants.

---

## CAMPBELL and Another v. THE STATE.

APPEAL from the *Vanderburg* Common Pleas.

*Per Curiam.*—Information for larceny. Trial, conviction, and judgment.

The information alleges no facts giving the Court below jurisdiction of the offense.

The judgment is reversed, with costs.

The Clerk will give the proper notice for a return of the prisoners.

*McDonald, Roache* and *Lewis*, and *A. J. Thornton*, for the appellants.